# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

_____

| | |
|---|---|
| **MARY LYNN ADCOCK,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Case No. 2:15-cv-02817-SHL-cgc |
| | ) |
| **THE KROGER COMPANY** | ) |
| | ) |
| Defendant. | ) |

_____

## ORDER DISMISSING ACTION WITH PREJUDICE
_____

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the parties, this action is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 24th day of May, 2016.

                                               s/ Charmiane G. Claxton
                                               CHARMIANE G. CLAXTON
                                               UNITED STATES MAGISTRATE JUDGE