# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

_____

| | |
|---|---|
| **MARY LYNN ADCOCK,** **Plaintiff,** | **JUDGMENT IN CIVIL CASE** |
| V. | CASE No.2:15cv2817 cgc |
| **THE KROGER COMPANY,** **Defendant** | |

_____

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJOURNED** in accordance with the Order of Dismissal with Prejudice, entered on May 24, 2016, this cause is dismissed.

**APPROVED:**

s/Charmiane G. Claxton
**CHARMIANE G. CLAXTON**
**UNITED STATES MAGISTRATE JUDGE**

Date: May 24, 2016

s/Thomas M. Gould
**Clerk of Court**

s/Chris Sowell
**(By)Deputy Clerk**